OSCN Found Document:RE: Suspension of Credential of Registered Courtroom Interpreter

 

 
 

 
 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 
 

 
 RE: Suspension of Credential of Registered Courtroom Interpreter
2025 OK 46
Decided: 06/23/2025
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2025 OK 46, __ P.3d __

 

FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION. 

RE: Suspension of Credential of Registered Courtroom Interpreter

ORDER

Pursuant to the authority of conferred by 20 O.S., Chapter 23, §1702(A)(5)(h), and Chapter 23, Appendix III, Rule 3, the Oklahoma Board of Examiners of Certified Courtroom Interpreters voted to recommend to the Supreme Court of the State of Oklahoma the administrative suspension of the interpreter credential of Nathalie Perez, an Oklahoma Registered Courtroom Interpreter. Suspension is requested based on the interpreter's failure to comply with the annual continuing education requirements or provide satisfactory proof that she is both unable to work and unable to complete continuing education requirements as set forth in 20 O.S., Chapter 23, §1704 and 20 O.S., Chapter 23, Appendix II, Rules 19-20.

Pursuant to 20 O.S., Chapter 23, Appendix II, Rule 20(e) and Appendix III, Rule 3, failure to satisfy the annual renewal requirements shall result in administrative suspension.

IT IS THEREFORE ORDERED that the courtroom interpreter credential of Nathalie Perez is hereby suspended effective immediately.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE this 23RD day of JUNE, 2025.

 

/S/_____________________________
CHIEF JUSTICE

ALL JUSTICES CONCUR.

 
 
 
 
 
 
 
 
 
 The Oklahoma Supreme Court
 2100 N. Lincoln Blvd., Suite 1
 Oklahoma City, OK 73105